Schedule B

CHRISTOPHER J. CHRISTIE
United States Attorney
By: Lisa M. Colone
Assistant United States Attorney
970 Broad Street, 7th Floor
Newark, New Jersey  07102
(973) 645-2747

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 07-448 (SRC) |
| SHAHEED McDANIEL | : | CONSENT JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE |

This matter having been opened to the Court by Christopher J. Christie, United States Attorney for the District of New Jersey, Lisa M. Colone, Assistant United States Attorney appearing, and Patrick McMahon, Assistant Federal Public Defender, for defendant Shaheed McDaniel, state as follows:

**WHEREAS,** in accordance with the Plea Agreement filed on or about April 8, 2008 entered into between the United States of America and defendant Shaheed McDaniel in the above matter, the defendant pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) agrees to the forfeiture of:

(1) an I.N.A. .32 caliber revolver, bearing serial number 272298; and

(2) six (6) bullets.

**WHEREAS,** defendant Shaheed McDaniel specifically acknowledges notice of the criminal forfeiture, consents to the entry of a Consent Judgment and Preliminary Order of Forfeiture, and waives his right to be present and heard on the timing and form of this order pursuant to Federal Rules of Criminal Procedure 32.2 and 43(a); and

**WHEREAS,** defendant Shaheed McDaniel agrees not to contest the forfeiture of the above referenced property;

**WHEREAS,** by virtue of the above, the United States is now entitled to possession of the herein described assets pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c) and Rule 32.2 of the Federal Rules of Criminal Procedure; and

**WHEREAS,** defendant Shaheed McDaniel waives and abandons all right, title, and interest in firearms and ammunition listed above.  Defendant Shaheed McDaniel further waives, releases, and withdraws any claim that defendant may have made with respect to the above listed firearms and ammunition and waives and releases any claim that defendant might otherwise have made to them in the future; and

**WHEREAS,** defendant Shaheed McDaniel consents to the destruction of the above listed firearms and ammunition.

It is hereby **ORDERED, ADJUDGED, AND DECREED:**

That the property, specifically:

(1) an I.N.A. .32 caliber revolver, bearing serial number 272298; and

(2) six (6) bullets,

are to be held by any authorized agency of the United States in its secure custody and control;

That pursuant to applicable law the United States forthwith shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Order, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right or interest in the forfeited firearms and ammunition and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Consent Judgment and Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture including authority to destroy the above listed firearms and ammunition.

**ORDERED** this _8_ day of _April_, 200_8_

_____
HONORABLE STANLEY R. CHESLER
United States District Judge

CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY

_____     _4/8/_____, 200_8_
By: Lisa M. Colone                              Dated
Assistant United States Attorney

_____     _March 28_____, 200_8_
Patrick McMahon                                 Dated
Assistant Federal Public Defender
Counsel for the Defendant

_____     _March 28_____, 200_8_
Defendant Shaheed McDaniel                      Dated

4