UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. 07-448 (SRC)**

UNITED STATES OF AMERICA v. <u>Shaheed McDaniel</u>
                                    Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Shaheed McDaniel, SBI# 512056C, D.O.B. 09/08/1982** is now confined in Essex County Jail.

2. **Shaheed McDaniel, SBI# 512056C, D.O.B. 09/08/1982** will be required at the <u>United States District Court</u> before the <u>Honorable Stanley R. Chesler</u> on <u>Wednesday, August 20, 2008,</u> at <u>11:00 a.m.</u> for <u>Sentencing</u> in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  July 8, 2008               _/s/ Lisa M. Colone_____
                                    Lisa M. Colone
                                    Assistant United States Attorney
                                    Petitioner - 973-645-2747

---

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 7/9/08                       _____
                                    HON. STANLEY R. CHESLER
                                    UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Essex County Jail.
We Command You that you have the body of **Shaheed McDaniel, SBI# 512056C, D.O.B. 09/08/1982** (by whatever name called or charged) now confined in <u>Essex County Jail</u> brought to the <u>United States District Court before the Honorable Stanley R. Chesler, Newark, New Jersey</u> on <u>Wednesday, August 20, 2008</u>, at <u>11:00 a.m.</u>, for <u>Sentencing</u> in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
        United States District Judge at Newark, N.J.

DATED: 7/9/08                       WILLIAM T. WALSH
                                    Clerk of the U.S. District Court
                                    for the District of New Jersey

                            Per: _____
                                    Deputy Clerk