UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**Crim. No. <u>07-448 (SRC)</u>**

UNITED STATES OF AMERICA v. <u>Shaheed McDaniel</u>
                                      Defendant

PETITION FOR WRIT OF HABEAS CORPUS:  Your petitioner shows that

1. **Shaheed McDaniel, SBI# 512056C, D.O.B. 09/08/1982** is now confined in Essex County Jail.

2. **Shaheed McDaniel, SBI# 512056C, D.O.B. 09/08/1982** will be required at the <u>United States District Court</u> before the <u>Honorable Stanley R. Chesler</u> on <u>Wednesday, September 24, 2008,</u> at <u>12:30 p.m.</u> for <u>Sentencing</u> in the captioned case, in which <u>he</u> is a <u>defendant</u> and a Writ of Habeas Corpus should be issued for that purpose.

DATED:  September 19, 2008      <u>/s/ Lisa M. Colone</u>
                                 Lisa M. Colone
                                 Assistant United States Attorney
                                 Petitioner - 973-645-2747

---

ORDER FOR WRIT:  Let the Writ Issue.

DATED: 9/18/08

                                 HON. STANLEY R. CHESLER
                                 UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Essex County Jail.

We Command You that you have the body of **Shaheed McDaniel, SBI# 512056C, D.O.B. 09/08/1982** (by whatever name called or charged) now confined in <u>Essex County Jail</u> brought to the <u>United States District Court before the Honorable Stanley R. Chesler, Newark, New Jersey</u> on <u>Wednesday, September 24, 2008</u>, at <u>12:30 p.m.</u>, for <u>Sentencing</u> in the above-captioned matter.  Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Stanley R. Chesler
        United States District Judge at Newark, N.J.

DATED: 9/18/08                   WILLIAM T. WALSH
                                 Clerk of the U.S. District Court
                                 for the District of New Jersey

                        Per:  /s/ Theresa Trivini
                              Deputy Clerk